Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT

for the

_____U.S_____ District of Columba

Washington D.C _____ Division

ANTIFA

_____
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

DONALD J. TRUMP

_____
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☐ Yes  ☐ No

Case: 1:25–cv–04569
Assigned To : Unassigned
Assign. Date : 12/30/2025
Description: Pro Se Gen. Civ.   (F–DECK)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

RECEIVED

DEC 3 0 2025

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name _ANTIFA_

Address _General Delivery_

_200 E. Broadway_    _Missoula     MT     59802_

_Missoula, MT_                City          State          Zip Code

County _59801_    _Missoula_

Telephone Number _1-971-207-4444_

E-Mail Address _ANTIFA@gmail.com_

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name _Donald J. Trump_

Job or Title (if known) _U.S. President_

Address _1600 Pennsylvania Ave_

_Washington    Columbia    20500_

_D.C._    City    State    Zip Code

County

Telephone Number _(202)456-1111_

E-Mail Address (if known) _President@whitehouse.gov_

☑ Individual capacity    ☑ Official capacity

Defendant No. 2

Name _Senator Bill Cassidy_

Job or Title (if known) _U.S. Senator_

Address _450 Laurel St. Suite 1400_

_Baton Rouge    LA    70801_

City    State    Zip Code

County _East Baton Rouge Parish_

Telephone Number _(202)224-5824_

E-Mail Address (if known) _None_

☑ Individual capacity    ☑ Official capacity

RECEIVED Mailroom DEC 3 0 2025 Angela D. Caesar, Clerk of Clerk U.S. District Court, District of Columbia

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

VIOLATION OF THE 1st AMENDMENT Resulting in intangible Legal or "irreparable" injury see Argument #3: Print out. TRUMP caused all the Injuries Listed on the print out of Argument #3: $2.5 million in Damages to the First Amendment.

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Injunctive Relief. A court order to Repeal TRump's executive order Designating Antifa As A "Terrorist organization" S. Res 279 to Be classified Null AND VOID By A Federal Judge AND to stop the government from continuing it's unConstitutional Behaviour, Monetary Compensation for emotional Harm for $2.5 million Dollars, punitive Damages to punish Trump, AND Cassidy AND other government Actors for malicious violations of the 1st Amendment including sweeps AND lists to try to imprison Antifacsasts As A criminal entity or organization. To have A Federal Judge order ~~Cease AND Desist~~ Trump AND Cassidy

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     _12/22/2025_

Signature of Plaintiff

Printed Name of Plaintiff     ANTIFA.

### B.     For Attorneys

Date of signing:     _____

Signature of Attorney     _____

Printed Name of Attorney     _____

Bar Number     _____

Name of Law Firm     _____

Address     _____

                        _City_                _State_        _Zip Code_

Telephone Number     _____

E-mail Address     _____

Page 6 of 6

ARGUMENT # 3.

Violations of the First Amendment typically result in intangible legal or "irreparable" injuries rather than physical ones, though they can lead to measurable financial or professional harm.

Commonly recognized "injuries" in First Amendment litigation include:

- **Irreparable Harm (Censorship):** The Supreme Court has held that the loss of First Amendment freedoms, even for minimal periods, constitutes "irreparable injury" because the public can never recover speech that was suppressed.

- **Chilling Effect:** This occurs when a person refrains from speaking because they fear government punishment or retaliation. This "chilled speech" is considered a legally cognizable injury that gives a plaintiff "standing" to sue.

- **Retaliatory Actions:** Injuries resulting from a government official taking adverse action—such as an arrest, firing, or denial of a permit—specifically to punish protected speech.

- **Economic & Professional Damages:** These include lost wages or benefits (in employment cases), loss of business opportunities, or the costs associated with defending against unconstitutional criminal charges.

- **Emotional Trauma:** The psychological stress and "intangible" harm associated with enduring government harassment or retaliation.

- **Dignitary or Stigmatic Harm:** The harm to an individual's reputation or status caused by being targeted or silenced by the government.

- **Nominal Damages:** Even if no financial loss can be proven, a plaintiff may be awarded "nominal damages" (typically $1) to vindicate their rights and establish that a violation occurred.

## Available Remedies for These Injuries

Depending on the type of violation and the actor involved (state vs. federal), individuals may seek:

1. **Injunctive Relief:** A court order to stop the government from continuing the unconstitutional behavior.

2. **Monetary Damages:** Compensation for financial or emotional harm, though this is often limited against federal officials following the 2022 Supreme Court decision in *Egbert v. Boule*.

3. **Punitive Damages:** Intended to punish government actors for willful or malicious violations, though these usually cannot be recovered from the government entity itself.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

See Argument #2:

## III.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

TRUMP THROUGH AN executive order called Antifa A Terrorist organization Sept 22, 2025 in WASHINGTON D.C.

B.    What date and approximate time did the events giving rise to your claim(s) occur?

ON TRUTH social Late on Wednesday Sept 17, 2025, May 31, 2020, and Jan 6, 2021

C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

THIS violates the Right To expressive Association, chilling effect on protected speech, Lack of Legal Framework, Constitutional precedent, AND Individualized proof that Antifa is A "Terrorist" organization. He Lacks Legal Force Because they Bypass congress AND Target activity protected By the First Amendment.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3

Name

Job or Title *(if known)*

Address

| City | State | Zip Code |
|------|-------|----------|

County

Telephone Number

E-Mail Address *(if known)*

☐ Individual capacity    ☐ Official capacity

Defendant No. 4

Name

Job or Title *(if known)*

Address

| City | State | Zip Code |
|------|-------|----------|

County

Telephone Number

E-Mail Address *(if known)*

☐ Individual capacity    ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☒ Federal officials (a *Bivens* claim)

☐ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

*H.Res 26 Designating Antifa A Terrorist organization IS Slanderous, Defamational, injurious to the 1st Amendment right to Dissent, peacefully Assemble in the U.S. Constitution, By Senator Bill Cassidy And Donald J. Trump.*

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? *1st Amendment const. Rights violation by Cassidy and Trump*

Page 3 of 6



ARGUMENT #2:

In 2025, declaring a domestic group such as "Antifa" a terrorist organization is widely considered by legal experts to be a violation of the **First Amendment** for several reasons. Primarily, the U.S. government lacks the statutory authority to designate purely domestic groups as "terrorist organizations," a power that is currently reserved only for foreign entities.

## 1. Violation of the Right to Expressive Association

The First Amendment protects the right of individuals to form groups based on shared beliefs. Legal experts argue that a domestic terrorism designation would:

- **Criminalize membership:** Under foreign terrorist organization (FTO) laws, providing "material support" is a crime. Applying this domestically would allow the government to prosecute individuals for simple association or non-violent support (e.g., donating, providing meeting space).

- **Target Ideology over Action:** Because "Antifa" is a decentralized movement or ideology rather than a formal organization with a leadership structure, a designation could be used to target anyone holding "anti-fascist" beliefs, even if they have not committed a crime.

## 2. Chilling Effect on Protected Speech

Courts have historically protected independent advocacy, even for groups with unpopular views. A domestic terror label creates a "chilling effect" where:

- **Informal Censorship:** The government's signaling can lead private entities like banks and social media platforms to "de-risk" by closing accounts or removing content of those associated with the movement to avoid legal scrutiny.

- **Suppression of Dissent:** Critics argue such designations are often politically motivated "jawboning" intended to silence political opposition and protest movements.

## 3. Lack of Legal Framework

While the government can designate **Foreign Terrorist Organizations (FTOs)** because foreign entities do not have the same constitutional protections, no equivalent framework exists for domestic groups.

- **Constitutional Precedent:** In *Holder v. Humanitarian Law Project* (2010), the Supreme Court upheld material support bans for foreign groups but specifically cautioned that the same logic might not survive First Amendment scrutiny if applied to domestic organizations.

- **Individualized Proof:** Constitutional law requires that the government prosecute crimes based on **individualized proof** of conduct (e.g., arson, assault) rather than preemptively punishing an entire movement or ideology.

In September and October 2025, President Trump issued executive orders and memorandums targeting "Antifa". However, legal scholars maintain these lack legal force because they bypass Congress and target activity protected by the First Amendment.

---





13 sites

- Trump signs an order calling 'antifa' a domestic terrorist group
  Sep 18, 2025 — No legal way to designate a "domestic terrorist organization" Current law does provide for the designation of some gro...



NPR



- Can Trump Actually Designate Antifa a Terrorist Group? Here ...

  Sep 17, 2025 — Can the U.S. designate domestic groups as terrorists? No. Federal law empowers the executive branch to deem overseas g...



The New York Times



- You Can't Designate 'Antifa.' Banks and Platforms Will Act Like ...

  Sep 30, 2025 — Designating Antifa as a "domestic terrorist organization" is equivalent to designating fascism or communism: It is a p...



www.lawfaremedia.org



AO 239  (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

5.    List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Assets owned by you or your spouse | | |
|---|---|---|
| Home *(Value)* | NO | $ |
| Other real estate *(Value)* | NO | $ |
| Motor vehicle #1 *(Value)* | NO | $ |
| Make and year: | NO | |
| Model: | NO | |
| Registration #: | NO | |
| Motor vehicle #2 *(Value)* | NO | $ |
| Make and year: | NO | |
| Model: | NO | |
| Registration #: | NO | |
| Other assets *(Value)* | NO | $ |
| Other assets *(Value)* | NO | $ |

6.    State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| Now | $ 0 | $ 0 |
| now | $ 0 | $ 0 |
| now | $ 0 | $ 0 |

7.    State the persons who rely on you or your spouse for support.

| Name (or, if under 18, initials only) | Relationship | Age |
|---|---|---|
| None | None | Non |
| | | |
| | | |

AO 239  (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

8.      Estimate the average monthly expenses of you and your family.  Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment *(including lot rented for mobile home)*<br>Are real estate taxes included?  ☐ Yes  ☐ No<br>Is property insurance included?  ☐ Yes  ☐ No | $ 0 | $ 0 |
| Utilities *(electricity, heating fuel, water, sewer, and telephone)* | $ 750.00 | $ 0 |
| Home maintenance *(repairs and upkeep)* | $ 150 | $ 0 |
| Food | $ 100.00 | $ 0 |
| Clothing | $ 50.00 | $ 0 |
| Laundry and dry-cleaning | $ 75.00 | $ 0 |
| Medical and dental expenses | $ 2,500.00 | $ 0 |
| Transportation *(not including motor vehicle payments)* | $ 550.00 | $ 0 |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0 | $ 0 |
| Insurance *(not deducted from wages or included in mortgage payments)* | | |
|    Homeowner's or renter's: | $ 0 | $ 0 |
|    Life: | $ 0 | $ 0 |
|    Health: | $ 0 | $ 0 |
|    Motor vehicle: | $ 0 | $ 0 |
|    Other: | $ 0 | $ 0 |
| Taxes *(not deducted from wages or included in mortgage payments) (specify):* | $ 0 | $ 0 |
| Installment payments | | |
|    Motor vehicle: | $ 0 | $ 0 |
|    Credit card *(name):* | $ 0 | $ 0 |
|    Department store *(name):* | $ 0 | $ 0 |
|    Other: | $ 0 | $ 0 |
| Alimony, maintenance, and support paid to others | $ 0 | $ 0 |

AO 239  (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | |
|---|---|---|
| Regular expenses for operation of business, profession, or farm *(attach detailed statement)* | $ | $ |
| Other *(specify)*: | $ | $ |
| **Total monthly expenses:** | $ 5,000.00 | $ 5,000.00 |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

   ☐ Yes    ☑ No       If yes, describe on an attached sheet.

10. Have you spent — or will you be spending — any money for expenses or attorney fees in conjunction with this lawsuit?    ☐ Yes  ☑ No

    If yes, how much?  $ _____

11. Provide any other information that will help explain why you cannot pay the costs of these proceedings.

12. Identify the city and state of your legal residence.

    PORTLAND OREGON

    Your daytime phone number:  (971) 207-4444

    Your age: 55    Your years of schooling: 20+

# ARGUMENT:

ANTIFA IS A DECENTRAILIZED, AUTONOMOUS ANONYMOUS IDEAOLOGY WITH NO MEMBERS AND NO ORGANIZING AND CANNOT BE CALLED A TERRORIST GROUP.  TRUMP LABELING IT AS SUCH IS CAUSING DEFMATION OF CHARACTER AND SLANDER TO AN IDEOLOGY AND THIS IS A VIOLATION OF THE RIGHT TO ASSEMBLE ABSTRACTIONALLY AND PEACEFULLY AND NON VIOLENTLY. WE HAVE THE RIGHT TO PROTEST, TO ASSEMBLE, TO DISSENT, WHICH IS THE HIGHEST FORM OF PATRIOTISM. TRUMP LABELING ANTIFA A TERRORIST ORGANIZATION IS NON PATRIOTIC AS A PRESIDENT OF THE UNITED STATES AND THIS INJURES OUR FIRST AMENDMENT RIGHT AS AMERICANS TO PROTEST AND ASSEMBLE.  THIS IS A VIOLATION OF OUR FIRST AMENDMENT RIGHTS AS PEOPLE IN AMERICA WHO HOLD TO AN ANTIFASCIST IDEAOLOGY.

The right to assemble peacefully is protected by the **First Amendment** to the U.S. Constitution, which guarantees Congress shall make no law abridging the right of the people peaceably to assemble, alongside freedoms of speech, religion, and the press, and the right to petition the government.

- **Key Text**: The First Amendment states, "...or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances".

- **Scope**: This right allows individuals to gather to express views, protest, and associate with others, though authorities can place reasonable time, place, and manner restrictions, notes the American Civil Liberties Union.

- **Trump's house bill is an abridging of the people to peacably assemble.** It is a black letter violation of the 1st Amendment.

-

  On 22 September, President Donald Trump signed an executive order designating "antifa" as a "domestic terror organization," characterizing the movement as a "militarist, anarchist enterprise that explicitly calls for the overthrow of the United States Government."[1] This move, which shortly followed the assassination of conservative activist Charlie Kirk, is not the first time the president has sought a terror group designation for antifa. He first stated this intention amid the initial spike in demonstrations related to the Black Lives Matter movement in May 2020, though nothing came of it.[2] This time, Trump has followed

RECEIVED
Mailroom

DEC 3 0 2025

Angela D. Caesar, Clerk of Clerk
U.S. District Court, District of Columbia

through, casting a wide net to target "any person claiming to act on behalf of Antifa, or for which Antifa or any person claiming to act on behalf of Antifa provided material support."[3]

In light of this announcement, Kieran Doyle, ACLED's North America Research Manager, examines how the label is used, the narratives that have grown around it, and the broader context of political violence across the country.

## What does antifa mean?

It's short for anti-fascist or anti-fascism, and, at its most basic, is understood as simply that: opposition to fascism.

Many who opposed the rise of fascism in pre-World War II Europe used this terminology to signal opposition to fascist leaders. Likewise, today, many who label Trump or other leaders as fascists may, as a way to show their opposition, identify as anti-fascists.

Just as there is no broad antifa organization, there isn't necessarily a specific shared ideology among those who label themselves anti-fascists. While many associate the antifa label with socialists, communists, or anarchists, not all who use the term identify with any of these ideologies. Likewise, while some anti-fascists subscribe to more radical militant activities, the label has grown increasingly mainstream over the past decade and therefore cuts across a wider range of ideologies.

Some smaller groups, usually specific to a particular city, label themselves as "antifa" or "anti-fascists." For instance, the group Rose City Antifa has been active in Portland, Oregon, since the early 2000s. More frequently, anti-fascists organize as a loose collective of individuals without formal leadership or membership, or participate in demonstrations, mutual aid, or more militant activities purely as individuals. ACLED reported on these forms of organizing during the 2020 election cycle.

## Who are antifa?

Contrary to what some might imagine, it's important to emphasize that there is no singular group in the United States or Europe named antifa, nor is there a national antifa group with a network of chapters. Indeed, the antifa label is used to refer to massively different things by people at opposite ends of the political spectrum. Former FBI Director Christopher Wray once described the notion of "antifa" as "an ideology, not an organization."[4]

Anti-fascists sometimes use recognizable iconography, perhaps most famously black and red flags flown together. Anti-fascist symbols are often visible across a wide variety of demonstrations for progressive causes. The presence of anti-

fascist symbols at a demonstration does not mean the whole demonstration or associated movement can be labeled anti-fascist.

Some have associated "black blocs" — groups of demonstrators dressing in all black in an effort to conceal individuals' identities — with "antifa." Though many anti-fascists employ black bloc tactics at demonstrations, this strategy is neither specific nor exclusive to anti-fascists.

Trump's executive order seems to acknowledge some of these complexities, using language like "enterprise," "campaign," "organized effort," and "pattern of political violence" rather than "group" to describe antifa.

However, the order also claims that antifa employs "elaborate means and mechanisms to shield the identities of its operatives, conceal its funding sources and operations in an effort to frustrate law enforcement, and recruit additional members."[5] This characterization seems to insinuate that anti-fascists may not be genuinely decentralized, but instead skilled at obscuring organizational structures. The order's reference to antifa's "funding sources" and its directive to target "individuals associated with and acting on behalf of Antifa" appear to suggest a loose set of criteria for who can be designated as antifa.

On 15 September, Vice President JD Vance said he would "go after the NGO network that foments, facilitates and engages in violence," specifically naming the Open Society Foundations — a nonprofit founded by George Soros — as well as the Ford Foundation.[6]

## The Trump administration claims antifa and "the radical left" are driving violence[7] — what does political violence in the US actually look like?

Violence in the US most commonly breaks out around demonstration activity — ACLED records over 1,200 acts of rioting and excessive police force since 2020. Such events range from demonstrators throwing punches or engaging in relatively low-level property destruction, such as a single smashed window. Other incidents, such as the 6 January riot at the US Capitol, have seen a much higher level of violence.

Extremist groups have been responsible for an outsized proportion of violence at demonstrations in the United States. During the 2020 election cycle, ACLED noted that demonstrations were far more likely to turn violent when an extremist group was present. Since extremist groups have been on the decline in recent years, both their presence in demonstrations and the frequency with which they employ violence have steadily fallen.

Outside demonstrations, the majority of the violence ACLED tracks is carried out by individuals, most frequently in the form of violent hate crimes. We also record incidents of unjustified police violence and shootings in which victims were targeted at random or for explicit political motivations — including a large number of mass shootings. In recent years, lone actor violence targeting high-profile individuals has become a greater concern, following assassination attempts against President Trump, the assassination of Minnesota State Representative Melissa Hortman, and the recent assassination of Charlie Kirk, among other incidents.

# What about anti-fascist violence?

During the 2020 election cycle, anti-fascists actively took to the streets as part of some Black Lives Matter demonstrations, as well as to oppose extremist groups like the Proud Boys. Most violence involving anti-fascists took place in these contexts: fighting with police or brawling with opposing groups of demonstrators. In recent years, this form of violence has become increasingly less common, mirroring a decline in the specific groups that anti-fascists would often mobilize to oppose.

Perhaps the most prominent incident of targeted violence was in August 2020, when a self-identified anti-fascist shot and killed a member of the extremist group Patriot Prayer in Portland. This anti-fascist was subsequently killed in a shootout with police five days later. Despite the presence of organized anti-fascist groups specific to Portland, this individual was unaffiliated with any wider group.

More recently, in July 2025, a self-identified anti-fascist, along with a larger group of anti-ICE supporters, shot fireworks outside an ICE detention facility in Alvarado, Texas. Authorities described the event as an "ambush," as the man shot up to 30 rounds of ammunition at law enforcement when they came to investigate, wounding a police officer in the neck. Other members insisted the group was not planning to act violently and claimed the individual had carried out his violent actions alone.

# How is the move to label antifa a terrorist group connected to the assassination of Charlie Kirk?

President Trump renewed this push in the immediate aftermath of Kirk's assassination, despite no conclusive evidence about the shooter's political motivations.[8] Figures like Kirk, who headed the conservative activist group Turning Point USA, have amplified the push to treat antifa as a terrorist threat. On social media, Kirk portrayed antifa as emblematic of leftist extremism tolerated by Democrats.

The precise motivations of Kirk's shooter are not yet known. While multiple claims have been made linking the shooter to anti-fascist beliefs or to the Groypers, a fringe extremist group known for criticizing Kirk for not supporting their white nationalist and antisemitic beliefs. There has been no suggestion that he was a member of a larger group or network, nor is it clear that he identified as an anti-fascist.[9] Recent media reports state that he did not vote in the previous two elections and was not a member of a political party.

## How should we understand references to "antifa" in ACLED's dataset?

References to antifa or anti-fascists are included only where they are explicitly cited in coverage of events or when anti-fascist symbology is clearly present at a demonstration. These references may therefore reflect the interpretation of a particular source or set of sources.

Antifa does not constitute a formal organization with leadership or membership, but an ideological designation. For this reason, references to antifa should not be treated as representing a distinct organized group within the dataset. Rather, references to antifa should be understood as source-derived labels and not as evidence of a single-coherent organizational entity. Organized groups that espouse anti-fascist ideology are coded individually according to their specific group names or identities.

## Footnotes

1. 1
   Donald J. Trump, "Executive order: Designating Antifa as a Domestic Terrorist Organization," The White House, 22 September 2025
2. 2
   BBC, "Antifa: Trump says group will be designated 'terrorist organisation,'" 31 May 2020
3. 3
   Le Monde, "Trump signs order designating Antifa as a 'domestic terrorist' group," 23 September 2025
4. 4
   Chris Megerian, Lisa Mascaro, and Alanna Durkin Richer, "Trump's threat to target 'radical left' after Kirk killing raises fears he's trying to silence foes," The Associated Press, 17 September 2025
5. 5
   Donald J. Trump, "Executive order: Designating Antifa as a Domestic Terrorist Organization," The White House, 22 September 2025
6. 6
   Irie Sentner, "Vance, White House promise to 'go after' left-leaning organizations," Politico, 15 September 2025
7. 7
   Reuters, "Trump targets antifa movement as 'terrorist organization," 19 September 2025
8. 8

Aaron Pellish, Trump says he will label antifa as a terrorist organization," Politico 17 September 2025

9. 9
Mike Wendling and Shayan Sardarizadeh "The motive behind Charlie Kirk's killing, what we know and don't know," BBC News, 19 September, 2025

Antifa is generally characterized as a decentralized movement rather than a single organization, and whether it is "non-violent" is a subject of significant debate. Proponents and critics offer different perspectives on its methods:

- **Non-Violent Direct Action:** A vast majority of Antifa activity involves non-violent tactics, such as **monitoring far-right groups, distributing flyers, organizing community events**, and **conducting research** to "dox" individuals they identify as extremists.

- **Willingness to Use Violence:** Unlike many mainstream political groups, Antifa philosophy often views **violence as a legitimate tool** for self-defense or to prevent fascists from organizing. This can include physical altercations at protests or property damage.

- **Self-Defense Justification:** Adherents often argue that their use of force is a preemptive measure to protect vulnerable communities from the perceived threat of white supremacists and neo-Nazis.

- **Government Designation (2025):** In late 2025, the U.S. government designated certain Antifa-affiliated groups as **domestic terrorist organizations**, citing their use of political violence and "terroristic acts". These designations have been criticized by legal experts who argue they may infringe upon First Amendment rights.

- **Decentralized Nature:** Because there is no central leadership or official membership, actions taken by individuals under the "Antifa" banner can vary widely from peaceful protest to militant engagement.

## Trump cannot use House Bill H.Res.26 — 119th Congress (2025-2026)

Is an ATTEMPT to abridge our first Amendment as non violent peaceful demonstrations.  More people died in

Trump's Jan. 6 riot killing 6 people than all of the Direct Actions by Antifa. Trump killed people with police, and police died, and women were murdered and skewered by flag poles and this was done by the proud boys, an organization that promotes violence. In the George Floyd protests there were hardly any deaths in Portland, and other cities, People in America have the right to dissent from a fascist or totalitarian regime such as the Trump Administration has put into effect.

The **right to dissent** is the a **fundamental principle of democracy** that allows individuals to hold or express opinions that differ from official or common views. In the United States, this right is primarily protected by the **First Amendment** of the Constitution, which guarantees the freedoms of speech, the press, assembly, and the right to petition the government.

## Scope and Importance

- **Cornerstone of Democracy:** Dissent is essential for a healthy democracy, ensuring that the government remains accountable to the people and allowing for diverse perspectives and open dialogue.

- **Historical Context:** The U.S. was founded by dissenters, and historical movements like the Civil Rights Movement and the American Revolution exemplify the critical role of dissent in challenging unjust systems and promoting social change.

- **Types of Dissent:** It can take various forms, including peaceful protests, public speeches, written articles, symbolic protests (like wearing emblems), and even judicial dissenting opinions that preserve minority viewpoints on legal issues.

- **A Duty to Act:** Some philosophical views, such as those inspired by John Locke and Thomas Jefferson, suggest that the right to dissent can become a civic *duty* when a government engages in a "long train of abuses" that threaten the rights and happiness of its people.

## Limitations

While strongly protected, the right to dissent is not unlimited and must be exercised responsibly. The government can impose restrictions on the *time, place, and manner* of expression, but these rules must not be designed to suppress a particular viewpoint. Unprotected forms of dissent include:

- **Violence or Force:** The use of force or violence is never an acceptable form of protest.

- **Incitement to Imminent Lawless Action:** Advocacy of illegal conduct is not protected if it is intended to, and likely to, incite or produce imminent lawless action.

- **Disruption of Orderly Proceedings:** Dissent should not interfere with others' fundamental freedoms, such as disrupting access to a meeting or preventing an audience from hearing a speaker.

- **Unlawful Conduct:** When protest moves into unlawful conduct, law enforcement can intervene. This includes actions that violate general laws, such as resisting arrest or blocking access to public areas without a permit.

The right to dissent protects citizens from government limits on their expression, though it does not prevent rules from private entities like employers or private businesses. Organizations like Defending Rights & Dissent work to protect the right of political dissent against government repression.

Trump used violence and the use of Force Against the Capital Building on Jan. 6 with violence carried out by his orders to the proud boys and to violently threaten to "hang" Vice President Mike Pence.  Trump is the violence. Antifa is non violent, they peacefully demonstrate and express their views non violently and abstractionally and there are no members as it is autonomous and anonymous and there are no members, there are no meetings, there is no organization, no

membership dues, no committees. None such exist for an ideology. The FBI designated that Antifa is an Ideology and not a criminal enterprise therefor how can Trump use the Federal Register to call Antifa a terrorist organization when the FBI calls it an ideology?

Trump is now trying to SWEEP Americans into Prisons and Jails by calling Antifa a terrorist organization which raised 1st Amendment concerns.

# Trump administration prepares sweeping crackdown on leftist networks

The Justice Department's program to root out violent "antifa" extremism is raising First Amendment concerns.

December 18, 2025

10 min

Summary2,588

Make us preferred on Google



"

**I still struggle daily w animal experiments conducted and witne over a decade. *Speal Justify* is the first tim been able to express pain, and it gives me that there's a space 1 discuss the psycholo damage that animal**

**Find Support and Community**
Struggling with your experience in an animal research lab? You don't have to carry it alone.
Advertisement by **Justify**

Police officers react to a perceived threat after a demonstration against U.S. Immigration and Customs Enforcement in San Francisco in June. (Minh Connors/For The Washington Post)

By Eva Dou

,
Joseph Menn
 and
Will Oremus

The Trump administration is embarking on an expansive effort to root out what it sees as rampant left-wing domestic terrorism, raising concerns among some security experts and lawmakers that broad categories of Americans' political speech could come under surveillance.

Get concise answers to your questions. Try Ask The Post AI.

Thursday marks a first deadline, set this month in a memo from Attorney General Pam Bondi, for all federal law enforcement agencies to "coordinate delivery" of their intelligence files on "Antifa" and "Antifa-related" activities to the FBI. Bondi has tasked the agency with using those files to draw up lists of Americans and foreigners to investigate as part of a campaign directed by President Donald Trump against what his administration views as a growing threat of political violence by the American left.

"Left-wing organizations have fueled violent riots, organized attacks against law enforcement officers, coordinated illegal doxing campaigns, arranged drop points for weapons and riot materials, and more," White House spokeswoman Abigail Jackson said in a written statement. "The Trump Administration will get to the bottom of this vast network inciting violence in American communities."

Critics warn that the plan signals an impending crackdown on political dissent under the banner of counterterrorism — one that could land large numbers of liberal activists on government watch lists and chill Americans' First Amendment right to protest the administration's policies.



**Follow** Trump's second term
Follow

Bondi's Dec. 4 memorandum, which was <u>first reported</u> by journalist Ken Klippenstein and later confirmed by the Justice Department to The Washington Post, listed "anti-Americanism," "anti-capitalism," "anti-Christianity," "opposition to law and immigration enforcement," "radical gender ideology," and "hostility towards traditional views on family, religion, and morality" as some of the political agendas espoused by the individuals who might merit investigation.

Attorney General Pam Bondi speaks from the White House in October alongside FBI Director Kash Patel. (Demetrius Freeman/The Washington Post)

The memo says the government will pursue people "with a willingness to use violence against law-abiding citizenry to serve those beliefs," making no mention of violent extremism animated by right-wing or other viewpoints. Citing the phrase "Hey Fascist! Catch!" inscribed on a bullet casing allegedly left behind by the suspect in right-wing activist Charlie Kirk's killing, Bondi wrote: "Violence against what extremists claim to be fascism is the clarion call of recent domestic terrorism."

On Monday, the lead federal prosecutor in Los Angeles credited the administration's new focus on left-wing crime for the arrest and charging of four alleged members of the leftist Turtle Island Liberation Front, who prosecutors say were plotting to bomb multiple L.A. locations on New Year's Eve.

This year is the first in a decade in which left-wing violent extremism outpaced right-wing violent extremism, according to one recent study, in part because the latter has plummeted since Trump's reelection. The administration has broadly attributed clashes between protesters and U.S. Immigration and Customs Enforcement personnel to left-wing activity, as it has Kirk's shooting in September, though the suspect, Tyler Robinson, had no strong or consistent political allegiance, according to his gaming partners and other acquaintances.

Trump accused "Radical Left Democrats" of inspiring a September shooting outside a Dallas ICE facility that killed two detained migrants. The shooter, Joshua Jahn, called ICE employees "people showing up to collect a dirty paycheck" and appeared to have acted alone before killing himself, according to the acting U.S. attorney in Dallas.

"

I still struggle daily w
animal experiments
conducted and witne
over a decade. Speal
*Justify* is the first tim
been able to express
pain, and it gives me
that there's a space t
discuss the psycholo
damage that animal

**Find Support and Community**
Struggling with your experience in an animal research lab? You don't have to carry it alone.
Advertisement by **Justify**

White House Deputy Chief of Staff Stephen Miller is one of a number of administration figures who have moved into government housing in the wake of what he called "terroristic threats." Miller hailed the administration's approach in an X post Monday, saying "vast government resources have been unleashed to find and dismantle the violent fifth column of domestic terrorists clandestinely operating inside the United States."

The federal government has had broad powers to surveil individuals and groups for terrorism investigations, especially since the 9/11 attacks. The FBI and its partner agencies have many commercial tools, including facial recognition software, license plate and cellphone location tracking databases, and drones that record high-definition video. They are also able to conduct wiretaps and hack into phones remotely with prior court approval.

Government agencies are sharing more data with one another than in years past. The Post has reported that more IRS information has been made available to immigration authorities, though that has been challenged in court, and the Department of Homeland Security, which is in charge of ICE, has sought information from health and transport agencies, as well.

Bondi's memo, which implements a strategy laid out by the president in September, has drawn strong criticism from some scholars, lawmakers and former officials. They say it gives the Justice Department a broad remit to surveil and interrogate progressive political activists, anti-ICE protesters, non-Christians, feminists, the LGBTQ+ community and others.

"

**I still struggle daily w** **animal experiments** **conducted and witne** **over a decade.** Speal *Justify* **is the first tim been able to express pain,** **and it gives me that there's a space** discuss the psycholo damaae that animal

**Find Support and Community**
Struggling with your experience in an animal research lab? You don't have to carry it alone.
Advertisement by **Justify**

"It's a pretty damn dangerous document," former FBI agent Michael Feinberg, who is now a senior editor at Lawfare, said of Bondi's memorandum. "It's dangerous in the sense that it is directed at a specific ideology, namely the left, without offering much evidence as to why that is necessary. And it's also dangerous in the sense that it's ignoring the lion's share of nihilistic violent extremists." Such acts, which the FBI categorizes as being motivated not by political ideology but by a hatred for society at large, constituted a "large chunk" of current domestic terrorism investigations, FBI Director Kash Patel told a Senate committee in September.

"We are committed to working with the Justice Department and our state, local, federal, and tribal law enforcement partners to protect the homeland, while at the same time safeguarding constitutional rights," the FBI said in a statement.

Sen. Ron Wyden (D-Oregon), who sits on the Senate Intelligence Committee, is not convinced. "It is a throwback to McCarthyism and the worst abuses of Hoover's FBI to use federal law enforcement against Americans purely because of their political beliefs or because they disagree with the current president's politics," he said in a statement to The Post.



"

**I still struggle daily w
animal experiments
conducted and witne
over a decade. Speal
*Justify* is the first tim
been able to express
pain, and it gives me
that there's a space t
discuss the psycholo
damage that animal**

**Find Support and Community**
Struggling with your experience in an animal research lab? You don't have to carry it alone.
Advertisement by **Justify**



"

**I still struggle daily w animal experiments conducted and witne over a decade. Speal *Justify* is the first tim been able to express pain, and it gives me that there's a space 1 discuss the psycholo damage that animal**

**Find Support and Community**
Struggling with your experience in an animal research lab? You don't have to carry it alone.
Advertisement by **Justify**

Democratic administrations have faced blowback over First Amendment implications when they launched probes against right-wing extremist groups. Trump and some of his supporters had accused the Biden administration of criminalizing free speech in their investigations into Trump supporters' Jan. 6, 2021, attack on the Capitol. Some of the statutes Bondi directed prosecutors to consider as they investigate extremists reflect the same charges leveled at many of the Jan. 6 rioters, including picketing and parading with intent to obstruct the administration of justice.

Most Read
Next



They survived a Cybertruck crash. An inferno led to a race against time.
December 22, 2025

Column
Trisha Pasricha



I'm a doctor. Here are 10 science-backed tips to help you get healthier.
December 22, 2025



'60 Minutes' correspondent says CBS's Bari Weiss abruptly pulled segment on...
December 22, 2025



Heritage staffers walk out amid latest strife at MAGA institution
December 22, 2025



Russia's economy keeps driving its war, but it could break in 2026
December 22, 2025

During the first Obama administration, DHS <u>pulled back</u> in 2011 from an ambitious intelligence-gathering plan on right-wing extremism after receiving criticism from Republicans that it was an ideological attack on the right.

Some experts suggest the guidelines laid out by Bondi will be tempered by longer-standing FBI procedures. The agency's <u>Domestic Investigations and Operations Guide</u>, most recently updated last year, calls for special care when core rights of expression are involved, such as in organized protests.

"Individuals or groups who communicate with each other or with members of the public in any form in pursuit of social or political causes — such as opposing war or foreign policy, protesting government actions … have a fundamental constitutional right to do so," the guide says.

Conservative legal scholar John Yoo, who has supported some of Trump's policies, said the approach could be appropriate if the FBI is careful. "Groups cannot use some First Amendment activity to claim a broad immunity from investigation that conceals potentially illegal activity," Yoo told The Post. "Because the definition of an antifa organization may be unclear, the FBI should take extra pains to make sure it is not selecting targets because of their ideology."

A former FBI counterterror expert and a person currently involved with government oversight of the intelligence agencies, both speaking on the condition of anonymity out of fear of retribution, said the memo appeared aimed at justifying the use against Americans of powerful tools now employed to combat foreign terrorism. There are far fewer limits on overseas spy powers, which U.S. agencies have used in the past to hack into foreign and American company operations abroad, capture mass internet traffic, and vacuum up all manner of financial, location and phone records.

"They are trying to find ways to say: 'This American who is involved in American politics, do they have a foreign financial connection?' And that's enough to say they are a foreign operative, so especially if they leave the country, there's much less oversight," the former FBI counterterror expert said.

The Bondi memo does not grant law enforcement any new legal authorities, said Patrick G. Eddington, a senior fellow in homeland security and civil liberties at the libertarian Cato Institute. What's new is the order to marshal existing surveillance powers on a broad scale against the administration's political opponents, he said, rather than in a selective and politically neutral manner.

Bondi's memorandum is meant to guide the actions of Joint Terrorism Task Forces that link local and state law enforcement with agents from the FBI, ICE and other federal agencies and pool their surveillance tools and resources.

Demonstrators protest ICE in Boston on Tuesday. (Brian Snyder/Reuters)

The new campaign comes in the wake of accusations by civil liberty organizations that the Trump administration has eroded traditional First Amendment freedoms this year by ordering militarized crackdowns on public protests, investigating dissenting former officials and left-wing political activists, and seeking to intimidate news outlets from reporting freely.

Joshua Aaron, founder of ICEBlock, an app that allows users to crowdsource information about ongoing ICE operations, sued Bondi and other administration officials this month. Apple had removed ICEBlock from its App Store after pressure from the administration, which said the app endangered ICE agents.

"This administration violated our First Amendment rights, and they're trying to chill free speech in this country, not just for me, but across its citizens," Aaron said in an interview.

Trump issued National Security Presidential Memorandum 7, "Countering Domestic Terrorism and Organized Political Violence," on Sept. 25, a day after the fatal shooting at the Dallas ICE facility. The document ordered a whole-of-government movement helmed by the FBI to "investigate and disrupt networks, entities, and organizations that foment political violence," with a focus on "antifa," which it declared to be a "domestic terrorist organization."

Concerns that this campaign will result in overreach and be used selectively to target Trump's political opponents stem in part from the hazy definition of "antifa." Antifa is short for "anti-fascist" and is more of an ideology, not an organization with leadership and structure, according to a number of political scientists.

Michael Glasheen, operations director of the FBI's National Security Branch, said at a House Homeland Security Committee hearing last week that he agreed with Trump that antifa was the nation's largest domestic terrorism threat, but he was unable to answer questions from lawmakers about how many members it had or where it was located.

"We are building out the infrastructure right now," Glasheen said.

*Perry Stein contributed to this report.*

## What readers are saying

The comments reflect a strong skepticism and criticism of the Trump administration's approach to addressing what it perceives as left-wing domestic terrorism. Many commenters argue that Antifa is not an organized group but rather a mindset against fascism, with historical ties to... Show more

This summary is AI-generated. AI can make mistakes and this summary is not a replacement for reading the comments.